IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO REALI,

      Plaintiff,

v.                                  **Cause No. 2:19-cv-00603-MV-SMV**

BOARD OF COUNTY COMISSIONERS
FOR THE COUNTY OF DOÑA ANA, CORIZON
HEALTH, INC., CHRISTOPHER BARELA,
VERONICA SALAZAR, DAVID MILLER,
ROSLYN STROHM, KEVIN SILVA, and
CHAD HILL,

      Defendants.

## ORDER GRANTING STAY OF DISCOVERY
## PENDING RESOLUTION OF QUALIFIED IMMUNITY DEFENSE

This matter comes before the Court upon *Defendants' Board of County Commissioners for the County of Doña Ana County, Christopher Barela, Kevin Silva, and Chad Hill Unopposed Motion to Stay Discovery Pending Ruling on Qualified Immunity* (Doc. 53)("County Defendants' Motion").

Having noted that Plaintiff, Corizon Health Inc., Veronica Salazar, David Miller and Roslyn Strohm do not oppose the requested stay. The Court having determined that the defense of qualified immunity "protects against the burdens of discovery as well as trial," *See Stonecipher v. Valles*, 759 F.3d 1134, 1148 (10th Cir. 2014), the Court hereby finds and concludes that the County Defendants' Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the County Defendants' Unopposed Motion to Stay Discovery Pending Ruling on Qualified Immunity (Doc. 53) is **GRANTED** and discovery is **STAYED** pending resolution of the *Defendants' Board of County Commissioners for the County*

*of Doña Ana, Christopher Barela, Kevin Silva, and Chad Hill Motion for Summary Judgment on*

*the Basis of Qualified Immunity* (Doc. 51).

HONORABLE JUDGE STEPHAN M. VIDMAR
United States Magistrate Judge

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.

/s/  Damian L. Martínez
DAMIAN L. MARTÍNEZ
New Mexico Bar No. 14678
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, NM  88004
(575) 524-8812-Phone
(575) 524-0726-Fax
dlm@mmslawpc.com
hrg@mmslawpc.com
*Attorneys for Defendants*

Approved:

COYTE LAW, PC

*Electronically Approved  04-29-2020*
MATTHEW COYTE
ALYSSA D. QUIJANO
3800 Osuna Road NE
Albuquerque, NM 87109
mcoyte@me.com
aquijano@coytelaw.com
*Attorneys for Plaintiff*

SCOTT HULSE PC


  *Electronically Approved  04-29-2020*
HENRY J. PAOLI
One San Jacinto Plaza
201 E. Main Dr., Suite 1100
El Paso, TX 79901
hpao@scotthulse.com
*Attorneys for Corizon Defendants*